UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: JUDITH L. HACKBART,          Bankruptcy Case No. 8:13-bk-16027-CPM

    Debtor.

BANK OF AMERICA, N.A.,

                                             CASE NO.: 8:14-cv-01398-EAK

    Appellant,

v.

JUDITH L. HACKBART,

    Appellee.
                                             /

## ORDER

        For the reasons forth in the Motion for Summary Affirmance filed by Bank of America, N.A., the Order Granting Debtor's Verified Motion to Strip Lien of Bank of America, and for Determination that Claim is Unsecured entered by the United States Bankruptcy Court for the Middle District of Florida (McEwen, J.) on April 22, 2014 is hereby affirmed. Bank of America retains its right to appeal this Court's order and judgment. The Clerk of Court is directed to close this case.

        **DONE and ORDERED** in Chambers, in Tampa, Florida this 22nd day of July, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and Counsel of Record